UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SKY RIDGE DEVELOPMENTS, LLC,<br><br>Defendant. | Case No. 2:25-cv-01260<br><br>COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiff Colony Insurance Company ("Colony") states and pleads as follows:

## I.   PARTIES

1.1   Plaintiff Colony is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business in the State of Illinois.

1.2   Defendant Sky Ridge Developments, LLC ("Sky Ridge") is a limited liability company organized and existing under the laws of the State of Washington.

## II.   JURISDICTION AND VENUE

2.1   This action is between citizens of different states. Plaintiff is a citizen of the states of Nebraska (place of incorporation) and Illinois (principal place of business). Defendant Sky Ridge is a Washington limited liability company whose members are (1) Kevin M. Huber, who

COMPLAINT FOR DECLARATORY JUDGMENT – 1
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

is a citizen of the State of Washington, and (2) Sophia Chan, who is a citizen of the State of Washington.

2.2  The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as set forth more particularly below.

2.3  This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

2.4  An actual justiciable controversy exists between Colony and Sky Ridge within the meaning of 28 U.S.C. § 2201, *et seq*. regarding the scope and extent of insurance coverage provided under an insurance policy issued to Sky Ridge as named insured, as set forth more particularly below.

2.5  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a substantial portion of the events giving rise to the insurance claim occurred in this District.

### III.    FACTUAL ALLEGATIONS

3.1  Trueline Capital Fund II, LLC ("Trueline") commenced an arbitration against Sky Ridge ("Underlying Arbitration"). A true and correct copy of the Complaint in Arbitration is **Exhibit 1** hereto. The Complaint in Arbitration alleges $12,982,718.25 in damages.

3.2.  Sky Ridge tendered defense and indemnification of the Underlying Arbitration to Colony pursuant to a liability insurance policy (the "Policy"), as described in more detail below. Colony agreed to defend subject to a reservation of rights under the Policy.

3.3.  In this action, Colony seeks a declaratory judgment establishing that Colony has no obligation to defend or indemnify Sky Ridge with respect to the Underlying Arbitration, or any related proceedings, against Sky Ridge under the Policy.

COMPLAINT FOR DECLARATORY JUDGMENT – 2
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

## IV. THE COLONY POLICY

4.1 Colony issued insurance policy no. 103 GL 0034520-00 to Sky Ridge (the "Policy"), in effect from March 27, 2020 to September 27, 2023. A redacted, certified copy of the Policy is **Exhibit 2** hereto.

4.2. The insuring agreement in the Policy's Commercial General Liability Coverage Form provides in pertinent part:

> SECTION I – COVERAGES
>
> COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY
>
> 1. Insuring Agreement
>
>    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
>
>       (1) The amount we will pay for damages is limited as described in Section III-Limits Of Insurance; and
>
>       (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.
>
>    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments- Coverage A and B.
>
>    b. This insurance applies to "bodily injury" and "property damage" only if:
>
>       (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"
>
>       (2) The "bodily injury" or "property damage" occurs during the policy period;
>
>       (3) Prior to the policy period, no insured listed under Paragraph 1. Of Section II- Who is an insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the

COMPLAINT FOR DECLARATORY JUDGMENT – 3
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not prior to the policy period, known to have occurred by any insured listed under Paragraph 1. Of Section II- Who is an insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. Of Section II- Who is an insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage;" or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

4.3.    The Policy contains the following definitions that are relevant to interpretation of the Policy:

SECTION V – DEFINITIONS

\*   \*   \*

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\*   \*   \*

17. "Property damage" means:

    a. Physical injury to tangible property including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

COMPLAINT FOR DECLARATORY JUDGMENT – 4
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

4.4. The Policy contains endorsement U446 1007, which provides an extended time limit for claims arising from "property damage", provided the terms of the endorsement have been met. This endorsement states, in pertinent part:

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

I. SECTION 1 – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, sub-paragraph b. item (2) of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM, and SECTION 1 – COVERAGES, PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, sub-paragraph b. item (2) of the PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM is deleted and replaced by the following:

\* \* \*

(2) The "bodily injury" or "property damage" occurs during the policy period. However, solely with respect to liability for "bodily injury" or "property damage" included in the "products-completed operations hazard", the time during which such "bodily injury" or "property damage" may occur for purposes of the insurance provided by this policy is extended for an additional period of time. This coverage extension will commence at the time of "substantial completion" of the construction project out of which the "bodily injury" or "property damage" arose, and will be equal to the applicable statute of limitations or statute of repose for any claim or "suit" for such "bodily injury" or "property damage," as provided by the controlling law of the jurisdiction where the claim or "suit" is brought or filed. "Substantial completion" must be during the policy period of this policy for the coverage extension to apply, and this coverage extension will not exceed 10 years from "substantial completion," even if the applicable statute of limitations or statute of repose is in excess of 10 years. Any "bodily injury" or "property damage" subject to this coverage extension will be deemed to have occurred on the date of "substantial completion".

II. The LIMITS OF INSURANCE for the policy continue to apply and are not separate or different from, increased with respect to, or reinstated for the coverage extension referred to in I. above. The "products-completed operations hazard" aggregate is for the entire term of coverage including the extension.

COMPLAINT FOR DECLARATORY JUDGMENT – 5
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

III. As used in this endorsement, the term "substantial completion" means whichever of the following occurs first:

    A. The date of the final inspection of the construction project by the applicable public agency.

    B. The date of recordation of a valid notice of completion.

    C. The date of use or occupancy of the construction project.

    D. One year after termination or cessation of work on the construction project.

4.5. The Commercial General Liability Coverage Form in the Policy contains exclusions that include but are not limited to the following:

SECTION I – COVERAGES

COVERAGE A- BODILY INJURY AND PROPERTY DAMAGE LIABILITY

\* \* \*

2. Exclusions

This insurance does not apply to:

\* \* \*

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents

COMPLAINT FOR DECLARATORY JUDGMENT – 6
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section Ill - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

\* \* \*

l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

4.6. The Commercial General Liability Coverage Form in the Policy contains the following additional definitions relevant to interpretation of exclusions and other terms in the Policy:

SECTION V – DEFINITIONS

\* \* \*

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

COMPLAINT FOR DECLARATORY JUDGMENT – 7
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

  b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

*   *   *

16. "Products-completed operations hazard":

  a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    (a) When all of the work called for in your contract has been completed.

    (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

22. "Your work":

  a. Means:

   (1) Work or operations performed by you or on your behalf; and

   (2) Materials, parts or equipment furnished in connection with such work or operations.

COMPLAINT FOR DECLARATORY JUDGMENT – 8
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

      b.  Includes:

          (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

          (2) The providing of or failure to provide warnings or instructions.

4.7.    The Commercial General Liability Coverage Form in the Policy includes the following provisions regarding the insured's Duties In The Event Of Occurrence, Offense, Claim or Suit:

      c.  You and any other involved insured must:

          (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

          (2) Authorize us to obtain records and other information;

          (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

          (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

      d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4.8.    The Policy contains "Form CG 21 53 01 96, Exclusion – Designated Ongoing Operations, which provides in pertinent part:

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Description of Designated Ongoing Operation(s):

Any part of the designated project that has become occupied or part of the project or location that has been put to use for its intended purpose.

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A- BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement,

COMPLAINT FOR DECLARATORY JUDGMENT – 9
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

regardless of whether such operations are conducted by or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

4.9. The Policy contains Form U527-0519, Exclusion – New Residential Construction Except as Specified, which provides in pertinent part:

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions and COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions are amended by the addition of the following:

This insurance does not apply to:

New Residential Construction

"Bodily injury", "property damage" or "personal and advertising injury" arising out of or occurring to new "residential construction". This exclusion may be subject to exception, as set forth below in Item C. of this endorsement, but only if the box corresponding to the exception is checked.

B. SECTION I - COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions is amended by the addition of the following:

This insurance does not apply to:

New Residential Construction

"Bodily injury" or "property damage" arising out of or occurring to new "residential construction". This exclusion may be subject to exception, as set forth below in Item C. of this endorsement, but only if the box corresponding to the exception is checked.

C. Exceptions to New Residential Construction Exclusion

The following are exceptions to the exclusions in Items A. and B. above and only apply if the corresponding box is checked:

COMPLAINT FOR DECLARATORY JUDGMENT – 10
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

  X Specific Project(s): [To be described in the space below if this box is checked].

  Building out 4 of the 7 foundation pads and putting in the underground utilities located at 6500 S. 133rd St., Seattle, WA 98178

D. The DEFINITIONS Section is amended by the addition of the following:

"Residential construction" means buildings, structures or other improvements to real property constructed, maintained or sold for the purpose of being used by natural persons as a dwelling, inclusive of all infrastructure improvements in connection therewith, including, but not limited to, grading/excavating, utilities, road paving/curbs/sidewalks. "Residential construction" shall include, but not be limited to, single or multiple family housing, including apartments, townhouses, condominiums, co-operatives, duplexes, triplexes, fourplexes, and single-family detached housing. "Residential construction" also includes the terms "Apartment Structures", "Common Interest Developments", "Condominiums", "Condominium Projects", "Condominium Conversion Projects", "Cooperatives", "Custom Homes", "Duplex, Triplex, Fourplex", "Infrastructure" or "Site Work", "Military Housing", "Residential Tract Housing", "Senior Housing Projects", "Senior Living Structures", "Assisted Senior Housing Projects", "Single Family Homes Built on Spec", "Student Housing", "Time Shares", "Townhouse Projects", or "Rental Property Units", all as further defined herein for the purposes of this Endorsement only.

"Apartment Structures" means multi-unit dwelling structures that are designed to be leased or rented by the owner of the structures to third-party tenants, and includes apartment buildings and apartment units.

"Condominium" means:

a. An estate in real property where there is an undivided interest in common in a portion of real property, coupled with a separate interest in space called a unit, the boundaries of which are described on a recorded final map, parcel map, or condominium plan. The areas within the boundaries may be filled with air, earth or water, or any combination thereof, and need not be attached to land except by easements for access and support;

b. A type of ownership in real property where all of the owners own the property, common areas and buildings together, with the exception of the interior of the unit to which they have title;

c. Real estate, portions of which are designated for separate ownership and the remainder of which is designated for common ownership, solely by the owners of those designated portions;

d. A single real property parcel with all the unit owners having a right in common to use the common elements with a separate ownership confined to the individual units that are serially designated.

USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

"Condominium Conversion Projects" means direct conversion of any existing building including, but not limited to, any single family dwelling, apartment building, townhouse, multi family dwelling, warehouse, commercial/industrial building or hotel, to a "Condominium(s)", "Cooperative(s)", or a "Common Interest Development(s)" or any sort of combination or derivative thereof.

"Condominium Projects" means consisting of multiple individual "Condominiums", as defined elsewhere in this Endorsement, on a single parcel of real property.

"Custom Homes" means houses of a unique plan or blueprint built to an owner's specifications and sold before construction begins.

"Duplex, Triplex, Fourplex" means multi-unit housing not part of a "Condominium Project" or "Townhouse Project".

"Infrastructure" or "Site Work" means work involving common areas, excluding any building construction, and for purposes of this exception to the Residential Construction Exclusion, is further limited to:

"Military Housing" means single family or multi-unit housing that is built for the US government or a branch of the armed forces of the United States, and that will be leased or otherwise made available to enlisted service men or women to be used as a dwelling while they are members of the U.S. Armed Forces.

"Rental Property Units" means any structures that are built as dwellings with the intended purpose of renting or leasing, rather than selling, the units to third-parties.

"Residential Tract Housing" means single family residential housing, not part of a "Condominium Project" or "Townhouse Project" (as defined elsewhere in this Endorsement), that is built by residential developers for sale to individuals during or after completion of construction. "Tract Housing" is further defined as consisting of 10 or more units in a single contiguous location.

"Senior Housing Projects", "Senior Living Structures", or "Assisted Senior Housing Projects" means:

- Dwellings that HUD has determined are specifically designed for and occupied by elderly persons under a Federal, State, or local government program; or

- Dwellings occupied solely by persons who are 62 or older; or

- Dwellings where at least one person who is 55 or older resides in at least 80 percent of the occupied units in any one location, and where the policy applicable to the dwellings demonstrates an intent to house persons who are 55 or older.

"Single Family Homes Built on Spec" means homes of a unique plan or blueprint, built by themselves, and not in conjunction with other homes of like

COMPLAINT FOR DECLARATORY JUDGMENT – 12
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

design and blueprint, by a general contractor, for sale after completion of construction.

"Student Housing" means single family or multi-unit housing that is built and owned by any school or educational institution for the purpose of housing students, faculty, or other personnel of the school or educational institution, while they are attending or are employed by the school or a educational institution.

"Time Shares" means structures that are designed and available for use and occupancy as a residence, and that are constructed for the purpose of being offered as part of a "timeshare plan," as that phrase is defined in the Vacation Ownership Time Share Act of 2004, at California Business & Professions Code Section 11212, or as otherwise defined under any similar statutory scheme governing the offering of residential units to the public for use and occupancy as a vacation property on a recurring periodic basis of less than one year, and in effect in the state where the structures are located.

"Townhouse Projects" means multi-unit housing consisting of houses in a row, of usually the same or similar design, with common side walls or with a very narrow space between adjacent side walls, including individual Townhouses.

"Cooperative" means:

a. A type of multiple ownership of real property in which the residents of a multiunit housing complex own shares in the cooperative corporation that owns the property, giving each resident the right to occupy a specific apartment or unit; or

b. Dwelling units in a multi-dwelling complex in which each owner has an interest in the entire complex and a lease of his/her/its own apartment.

"Common Interest Development" means:

a. A condominium project; or

b. A cooperative.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

4.10. The Policy contains Form CG 24 45 01 19, Washington-Limited Coverage for Bodily Injury, Property Damage or Personal and Advertising Injury Involving Efficient Proximate Cause (Defense Within Limits), which provides in pertinent part:

This endorsement modifies insurance provided under the following:

COMPLAINT FOR DECLARATORY JUDGMENT – 13
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Efficient Proximate Cause Aggregate Limit: $5,000 |
| --- |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

"Defense expense" is payable within, not in addition to, the Efficient Proximate Cause Aggregate Limit shown in the Schedule of this endorsement.

A.  The following is added to Paragraph 2. Exclusions of Section I-Coverage A-Bodily Injury And Property Damage Liability, Paragraph 2. Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability and Paragraph 2. Exclusions of Section I - Coverage C - Medical Payments:

   1. If an exclusion under the terms of this Policy applies with respect to "bodily injury", "property damage" or "personal and advertising injury"; and

   2. The efficient proximate cause, in accordance with the law of the State of Washington, of such "bodily injury", "property damage" or "personal and advertising injury" is not also excluded under the terms of this Policy;

   then:

   a.  The exclusion referenced in Paragraph A.1. above does not apply to such "bodily injury", "property damage" or "personal and advertising injury"; and

   b.  Coverage provided under this Policy for such "bodily injury", "property damage" or "personal and advertising injury" is subject to the Efficient Proximate Cause Aggregate Limit as described in Paragraph B. of this endorsement.

B.  For purposes of the coverage provided under this endorsement, the following provisions are added to Section III - Limits Of Insurance:

   1. Subject to Paragraph 2. or 3. of Section III - Limits Of Insurance, whichever applies, the Efficient Proximate Cause Aggregate Limit shown in the Schedule is the most we will pay for the sum of:

      a.  Damages under Coverage A;

      b.  Damages under Coverage B;

      c.  Medical expenses under Coverage C; and

      d.  "Defense expense";

      because of all "bodily injury", "property damage" and "personal and advertising injury" described in Paragraph A. of this endorsement.

COMPLAINT FOR DECLARATORY JUDGMENT – 14
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

2. Paragraph 4., the Personal And Advertising Injury Limit, Paragraph 5., the Each Occurrence Limit, Paragraph 6., the Damage To Premises Rented To You Limit, and Paragraph 7., the Medical Expense Limit, of Section Ill - Limits Of Insurance continue to apply to "bodily injury", "property damage" and "personal and advertising injury", as applicable, described in Paragraph A. of this endorsement but only if, and to the extent that, a limit of insurance is available under the Efficient Proximate Cause Aggregate Limit.

C. For purposes of the coverage provided under this endorsement, Paragraphs 1.a., 1.d. and 1.e. under Supplementary Payments- Coverage A And B do not apply.

D. For purposes of the coverage provided under this endorsement, the following definition is added:

"Defense expense":

1. Means:

   Payments allocated to a specific claim or "suit'' we investigate, settle or defend, for its investigation, settlement or defense.

2. Includes payments for:

   a. Fees and salaries of attorneys and paralegals we retain, including attorneys and paralegals who are our "employees".

   b. Fees of attorneys the insured retains when by mutual agreement or court order the insured is given the right to retain defense counsel to defend a "suit".

   c. All other litigation expenses.

   d. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. Costs taxed against the insured in the "suit".

3. Does not include:

   a. Any payments described in Paragraph D.1. above allocated to that portion of a specific claim or "suit" imo1i,;ng "bodily injury", "property damage" or "personal and advertising injury" not described in Paragraph A. of this endorsement;

   b. Salaries and expenses of our "employees" or the insured's "employees" (other than those described in Paragraphs D.2.a. and 0.2.d. above) and does not include fees and expenses of independent adjusters we hire; and

COMPLAINT FOR DECLARATORY JUDGMENT – 15
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

      c. Any payments described in Paragraph D. 1. above allocated to that portion of a specific claim or "suit" involving medical expenses for "bodily injury" under Section I - Coverage C- Medical Payments.

## V. CLAIM FOR DECLARATORY RELIEF

5.1 Colony incorporates by reference the allegations of all paragraphs above as if fully alleged herein.

5.2 An actual justiciable controversy exists between Colony and Sky Ridge concerning whether there is insurance coverage under the Policy for the claims asserted in the Underlying Arbitration.

5.3 The Complaint in Arbitration alleges damages of $12,982,718.25.

5.4 Coverage for the Underlying Arbitration under the Policy is limited or nonexistent because any property damage alleged by Trueline was not caused by an "occurrence" as defined in the Policy.

5.5. Coverage for the Underlying Arbitration under the Policy is limited or nonexistent because most or all of the damages alleged by Trueline are purely economic in nature and thus are not "property damage" as defined in the Policy.

5.6. Exclusion j.(1), Damage to Property, excludes coverage for damage to property owned, rented, or occupied by Sky Ridge.

5.7. Exclusion j.(5), Damage to Property, excludes coverage for property damage to that particular part of real property on which Sky Ridge was performing operations.

5.8. Exclusion j.(6), Damage to Property, excludes coverage for property damage to that particular part of any property that must be restored, repaired or replaced because Sky Ridge's work was incorrectly performed on it and is not included in the products-completed operations hazard.

COMPLAINT FOR DECLARATORY JUDGMENT – 16
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

5.9. Exclusion l., Damage to Your Work, applies to property damage to Sky Ridge's work in the products-completed operations hazard that was not performed by a subcontractor. On information and belief, Sky Ridge owns the property or owned it at the time of any "property damage," so the Underlying Arbitration does not involve "property damage" occurring away from premises Sky Ridge owns or rents, which would take such "property damage" out of the "products-completed operations hazard." Insofar Sky Ridge is not, in fact the owner, Exclusion l may apply to property damage in the products-completed operations hazard where the work was not performed by subcontractors.

5.10. Exclusion m., Damage to Impaired Property, applies to loss of use or impaired property arising out of a defect, deficiency, inadequacy in work performed by Sky Ridge, or a failure by Sky Ridge to perform a contract or agreement in accordance with its terms.

5.11. Form CG 21 53 01 96, Exclusion – Designated Ongoing Operations precludes coverage for property damage arising out of the ongoing operations described in the Schedule set forth on the form.

5.12. Form U527-0519, Exclusion – New Residential Construction Except as Specified precludes coverage for new residential construction that does not come within the exception for Specific Project(s) designated as "Building out 4 of the 7 foundation pads and putting in the underground utilities located at 6500 S. 133rd St., Seattle, WA 98178."

5.13. Under form CG 24 45 01 19, Washington-Limited Coverage for Bodily Injury, Property Damage or Personal and Advertising Injury Involving Efficient Proximate Cause (Defense Within Limits), if an exclusion applies and the "efficient proximate cause" rule is applied in a manner that renders the exclusion inapplicable, this endorsement may apply to limit

COMPLAINT FOR DECLARATORY JUDGMENT – 17
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

coverage to the scheduled $5,000 limit policy limit, inclusive of defense costs, as set forth in the endorsement.

## VI.   RESERVATION OF RIGHT TO AMEND

6.1   Colony reserves the right to amend its Complaint, in whole or in part, as it obtains additional facts through investigation and discovery.

## VII.   PRAYER FOR RELIEF

7.1   Wherefore, Colony prays for judgment as follows:

(a)   That the Court render declaratory judgment in favor of Colony;

(b)   That the Court declare the rights, duties, obligations, status, and other legal relations of the parties, including a declaration that there is no insurance coverage under the Policy, that Colony has no duty to defend or indemnify for the claims in the Underlying Arbitration, and that Colony may withdraw from the defense of the Underlying Arbitration;

(c)   For all of Colony's costs and disbursements incurred herein; and

(d)   For such relief as the Court may deem just and proper.

DATED this 7th day of July, 2025.

SOHA & LANG, P.S.

*s/ Geoffrey C. Bedell*
Geoffrey C. Bedell, WSBA #28837
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
Email: bedell@sohalang.com

*s/ Robert A. Radcliffe*
Robert A. Radcliffe, WSBA #19035
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
Email: radcliffe@sohalang.com
*Attorneys for Plaintiff Colony Insurance Company*

COMPLAINT FOR DECLARATORY JUDGMENT – 18
USDC WD WA CASE NO. 2:25-cv-01260

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585