THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SKY RIDGE DEVELOPMENTS, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-01260 JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT |

## STIPULATION AND JOINT REQUEST

Plaintiff Colony Insurance Company ("Colony") and J. Fanelli Properties LLC as the receiver for Defendant Sky Ridge Developments, LLC ("Receiver") hereby stipulate and request this Court to grant an extension of time for Defendant Sky Ridge Developments, LLC to answer or otherwise respond to the complaint. Defendant Sky Ridge Developments, LLC was served with the complaint on July 9, 2025 (ECF No. 4). Colony and the Receiver jointly request that the Court extend the deadline to answer or otherwise respond to the complaint to August 20, 2025.

DATED this 30th day of July 2025.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT – 1
USDC WD WA CASE NO. 2:25-cv-01260 JLR

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585

SOHA & LANG, P.S.

*s/ Geoffrey C. Bedell*
Geoffrey C. Bedell, WSBA #28837
Robert A. Radcliffe, WSBA #19035
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
Emails: bedell@sohalang.com;
radcliffe@sohalang.com
*Attorneys for Plaintiff Colony Insurance Company*

CAIRNCROSS & HEMPELMANN

*s/ P. Troy Hatfield*
P. Troy Hatfield, WSBA #53030
524 Second Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 587-0700
Email: thatfield@cairncross.com
*Attorneys for J. Fanelli Properties LLC, receiver for Defendant Sky Ridge Developments, LLC*

ORDER

Based on the stipulation by counsel, it is ordered that the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is extended to August 20, 2025.

DATED July 30, 2025:

_____
The Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
ANSWER COMPLAINT – 2
USDC WD WA CASE NO. 2:25-cv-01260 JLR

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
TEL (206) 624-1800 | FAX (206) 624-3585