HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLONY INSURANCE COMPANY,

                Plaintiff,

      v.

SKY RIDGE DEVELOPMENTS, LLC, a
Washington Limited Liability Company,

                Defendant.

NO. 2:25-CV-01260

(PROPOSED) ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW

This matter having come before the Court and on counsel's Motion for Leave to Withdraw, and after reviewing the files and records herein, and no party having responded or objected to counsel's motion, and being further advised in the premises, it is hereby:

ORDERED, ADJUDGED and DECREED that P. Troy Hatfield and Jennifer K. Faubion of Cairncross & Hempelmann, P.S. are given leave to withdraw as counsel for Receiver over Sky Ridge Developments, LLC.

DONE IN OPEN COURT this 1st day of April, 2026.

_____
HONORABLE JAMES L. ROBART

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ P. Troy Hatfield*
Jennifer K. Faubion, WSBA No. 39880
E-mail:  jfaubion@cairncross.com
P. Troy Hatfield, WSBA No. 53030
Email: thatfield@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Receiver

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

4898-6141-5575, v. 2